## Charles A. DANA et al., Appellants, v. WERTHEIM & COMPANY et al., Appellees.

### No. 82, Docket 20349.

Circuit Court of Appeals, Second Circuit.

Jan. 28, 1947.

McNamara & Seymour, of New York City (Charles Green Smith, of New York City, of counsel), for debtor.

Wickes, Riddell, Bloomer, Jacobi & McGuire, of New York City (Herman E. Riddell, Herbert J. Jacobi, and Hiland Hall, all of New York City, of counsel), for Common Stockholders Committee.

Gerdes & Montgomery, of New York City, for Wertheim & Co. et al., debenture holders.

Olin, Murphy & Redmond, of New York City, for Empire Trust Co., indenture trustee.

Wagner, Quillinan, Wagner & Tennant, of New York City, for a Debenture Holders' Committee.

Scribner & Miller, of New York City, for a Debenture Holders' Committee.

Hardy, Stancliffe & Hardy, of New York City (John Gerdes and W. Randolph Montgomery, both of New York City, of counsel), for Debenture Holders.

Roger S. Foster, Sol., and Robert S. Rubin, Associate Sol., both of Philadelphia, Pa., and George Zolotar, Special Counsel, of New York City (Meyer Feldman, of New York City, of counsel), for Securities and Exchange Commission.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed and cause remanded for further proceedings consistent with the opinion of this court filed in Knight and Doyle v. Wertheim & Co. et al., 2 Cir., 158 F.2d 838, and with the further order of this court on that appeal, filed herewith.

## SINGER SEWING MACHINE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. SINGER SEWING MACHINE CO.

### Nos. 9246–9251.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 6, 1947.

Decided Jan. 30, 1947.

Albert L. Hopkins, of Chicago, Ill. (Charles J. Nourse, of New York City, and Samuel H. Horne, of Washington, D. C., on the brief), for taxpayer.

Morton K. Rothschild, of Washington, D. C. (Sewall Key, Acting Asst. Atty. Gen. and Robert N. Anderson and Robert Koerner, Sp. Assts. to Atty. Gen., on the brief), for the Commissioner.

Before BIGGS, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

The decisions of the Tax Court are affirmed upon the opinion of Judge Murdock, 5 T.C. 851.